IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FIRST-CLASS MONITORING, LLC<br>Plaintiff,<br><br>v.<br><br>M&T BANK CORPORATION<br>Defendant. | )<br>)<br>) Civil Action No. 1:17-cv-1578-LPS-CJB<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff First-Class Monitoring, LLC and defendant M&T Bank Corporation in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff First-Class Monitoring, LLC and defendant M&T Bank Corporation are hereby dismissed with prejudice, subject to the terms of that certain agreement "**SETTLEMENT AND LICENSE AGREEMENT**" and dated December 23, 2017.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SO ORDERED**, this _24th_ day of _January_, 2018.

_____
Judge - United States District Court